UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLA C. ALFARO BRITTANY, | No.  2:26-cv-00540-DAD-CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| E-TRAN, | |
| Defendant. | |

Plaintiff is proceeding pro se.  Plaintiff has filed an in forma pauperis affidavit in which she states that she has a monthly income of $19,677.00 and $307,000 in a checking account.  Her sources of income include permanent disability benefits and an inheritance annuity.  She lists three minor dependents. (ECF No. 2.)

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court.  28 U.S.C. § 1914(a).  In addition, a $55.00 general administrative fee for civil cases must be paid.  28 U.S.C. § 1914(b).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor," by a person who makes affidavit that he is unable to pay such costs or give security therefor.  28 U.S.C. §  1915(a).  The amount of plaintiff's income shows that plaintiff is able to pay the filing fee and costs.  Thus, plaintiff has made an inadequate showing of indigency.  See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th

1

Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED; and

2.  Plaintiff is granted fourteen days in which to submit the appropriate fees to the Clerk of the Court.  Plaintiff is cautioned that failure to pay the filing and general administrative fees in the amount of $405 will result in a recommendation that the application to proceed in forma pauperis be denied and the instant action be dismissed without prejudice.

Dated:  April 8, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/britt0540.ifp.den

2