UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHELLA C. ALFARO BRITTANY,

Plaintiff,

v.

E-TRAN,

Defendant.

No. 2:26-cv-00540-DAD-CKD (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 4)

Plaintiff initiated this civil action by filing a complaint on February 23, 2026, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On April 8, 2026, the assigned magistrate judge issued an order denying her application to proceed *in forma pauperis* based upon the determination that she was able to pay the filing fee and directing plaintiff to pay that filing fee within fourteen (14) days of the service of the order, warning plaintiff that her failure to do so would result in a recommendation that this action be dismissed without prejudice. (Doc. No. 3.) Although plaintiff was served with that order, she did not pay the filing fee required to proceed with this action within the time provided. Accordingly, on May 1, 2026, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to pay the

required filing fee as directed. (Doc. No. 4.)

The findings and recommendations were served on plaintiff at her address of record and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) Plaintiff has not filed any objections to the findings and recommendations and the time in which to do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The May 1, 2026 findings and recommendations (Doc. No. 4) are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 15, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court notes that the findings and recommendations served upon plaintiff were returned to the court on July 1, 2026, with the notation "undeliverable, attempted – not known, unable to forward." Thus, it appears plaintiff has also failed to apprise the court of her current address as required by the Local Rules of this court.